IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVRON D. DADAMURATOV,

    Petitioner,

v.                                         CASE NO. 5:10cv18-SPM/MD

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Order and Amended Report and Recommendation dated February 8, 2010. Doc. 8. Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.    The § 2241 petition (doc. 1) is recharacterized as a motion to

vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.

3. The Clerk shall file in Petitioner's criminal case (Case Number 5:08cr18/RS) a copy of the following: the construed § 2255 motion (petitioner's habeas petition, doc. 1), the Order and Amended Report and Recommendation (doc. 8), and this order.

4. All further proceedings shall be filed and maintained in the criminal case file (Case Number 5:08cr18/RS) and the Clerk shall administratively close this case.

DONE AND ORDERED this 11th day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge